**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6536**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

RONALD BURNELL BASSETT, a/k/a Ronnie Bump,
a/k/a The Kid, a/k/a Zachary Jackson, a/k/a
Ronald Jackson, a/k/a Beamon Jackson, a/k/a
Ronald Jones, a/k/a R. F. Jones, a/k/a Beamon
West, a/k/a Harry VanDyke, a/k/a The Bird,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
85-541-S)

———————————

Submitted: June 28, 1996            Decided: July 23, 1996

———————————

Before ERVIN and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronald Burnell Bassett, Appellant Pro Se. Harvey Ellis Eisenberg,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his Fed. R. Civ. P. 41(e) motion for return of property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Bassett</u>, No. CR-85-541-S (D. Md. Feb. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2